UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BONNIE INGRAM,

                     Plaintiff,

            -v.-

NEW YORK POLICE DEPARTMENT
10TH PRECINCT OFFICER WATERS;
NYPD TRAFFIC DEPARTMENT; NYPD
INTERNAL AFFAIRS OFFICE; NYPD;
NEW YORK CITY,

                     Defendants.

24 Civ. 6914 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    Before the Court are one letter (Dkt. #20) and one motion (Dkt. #21) that Plaintiff mailed to the Court, and which were subsequently filed by the Court on the docket. Along with these two documents, Plaintiff also mailed a stack of exhibits, which the Court has sent back to Plaintiff.

    Plaintiff's letter, in substance, asks the parties to review the documents Plaintiff enclosed before the deadline for fact discovery (Dkt. #20 at 1), which is currently November 10, 2025 (Dkt. #19). Similarly, Plaintiff's motion requests that the Court reconsider current discovery deadlines and compel Defendants to provide a settlement offer. (Dkt. #21). The Court construes the letter and motion as seeking an early termination of fact discovery.

    Plaintiffs requests are hereby DENIED. The parties agreed to the current discovery deadlines. (Dkt. #19). Plaintiff is advised that discovery is a reciprocal process and cannot be terminated unilaterally. Moreover, the

information shared during discovery should be delivered directly to the opposing party, not to the Court.

The Court is sympathetic to Ms. Ingram's current situation, and it has taken steps to expedite the litigation. (*See* Dkt. #8 at 4-5 (explaining that the Court would expedite service on Defendants)). Furthermore, the Court notes that Ms. Ingram and Defendants can engage in settlement discussions at any time. But the Court cannot offer Plaintiff the relief she requests here.

The Clerk of Court is directed to terminate the pending motion at docket entry 21. The Clerk of Court is also directed to mail a copy of this Order to Plaintiff at her address of record.

SO ORDERED.

Dated: August 15, 2025
       New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge