UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BONNIE INGRAM,

                        Plaintiff,

         -v.-

NEW YORK POLICE DEPARTMENT
10TH PRECINCT OFFICER WATERS;
NYPD TRAFFIC DEPARTMENT; NYPD
INTERNAL AFFAIRS OFFICE; NYPD;
NEW YORK CITY,

                        Defendants.

24 Civ. 6914 (KPF)

**ORDER**

KATHERINE POLK FAILLA, United States District Judge:

On March 17, 2026, the Court held a post-fact pretrial conference in the above matter.  At the conference, the parties each indicated their desire to cross move for summary judgment.  Consequently, they shall adhere to the following briefing schedule and word limits:

Defendants' brief in support of their motion for summary judgment is due on or before **May 1, 2026**.  That brief shall be limited to 8,750 words.

Plaintiff's combined brief in opposition to Defendants' motion and in support of her own motion for summary judgment is due on or before **July 10, 2026**.  That brief shall be limited to 12,250 words.

Defendants' combined reply brief in support of their motion and in opposition to Plaintiff's motion is due on or before **August 7, 2026**.  That brief shall be limited to 7,000 words.

Plaintiff's reply brief in support of her motion is due on or before **August 21, 2026**.  That brief shall be limited to 3,500 words.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at her address of record.

SO ORDERED.

Dated:  March 17, 2026
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2