**MEMO ENDORSED**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Ms. BONNIE INGRAM

Write the full name of each plaintiff or petitioner.

Case No. 24 cv 6914

-against-

NEW YORK CITY (NYPD-10TH PCT(TRAFFIC)    **NOTICE OF MOTION**

OFFICER WATERS, ETC

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that    PLAINTIFF    Ms BONNIE INGRAM

plaintiff or defendant    name of party who is making the motion

requests that the Court:

IMMEDIATE PRELIMINARY RELIEF

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☒ the following additional documents:

RECEIVED SDNY PRO SE OFFICE
2026 APR -6 PM 3:46

4-6-26
Dated

Ms. Bonnie Ingram
Signature

Name

178 COLUMBUS AVE #551    NY    , NY    10023
Address    City    State    Zip Code

Prison Identification # (if incarcerated)

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
Telephone Number (if available)

Bidesigns.bme86@gmail.com
E-mail Address (if available)

The Court has reviewed Plaintiff's motion for emergency relief, as well as supporting papers.  (Dkt. #40-42).  That motion is DENIED.

The basis of Plaintiff's motion appears to be various delays in this case and the fact that settlement discussions have stalled.  All the while, Ms. Ingram has experienced homelessness and various health complications.  (*See* Dkt. #41).  She seeks a place to live and furnishings.  (*Id.*).

Unfortunately, the Court cannot grant Ms. Ingram the relief she seeks.  To be sure, the Court has sympathy for Ms. Ingram and her situation, and it hopes that she connects with organizations that may help her deal with her housing and medical challenges.  But the Court can neither provide her with a home nor compel Defendants to settle her case.  (*See* Dkt. #22 (denying an earlier request to compel settlement)).

The Clerk of Court is directed to terminate the pending motion at docket entry 42.  The Clerk of Court is further directed to mail a copy of this Order to Plaintiff at her address of record.

Dated:    April 8, 2026            SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE