UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BONNIE INGRAM,

Plaintiff,

-v.-

NEW YORK POLICE DEPARTMENT 10TH PRECINCT OFFICER WATERS; NEW YORK CITY TRAFFIC AGENT; and CITY OF NEW YORK,

Defendants.

24 Civ. 6914 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court set a briefing schedule for the parties' cross motions for summary judgment on March 17, 2026. (Dkt. #39). Defendants submitted their motion for summary judgment in a timely fashion on May 8, 2026. (Dkt. #46-49). However, Ms. Ingram failed to submit a combined brief in opposition to Defendants' motion and in support of her own motion for summary judgment. Even after the Court *sua sponte* extended Ms. Ingram's filing deadline from July 10, 2026, to August 21, 2026, she has failed to file any response. (Dkt. #55). The Court has cautioned that if Ms. Ingram did not submit her combined briefing by August 21, 2026, the Court would consider Defendants' motion for summary judgment unopposed.

It is now September 11, 2026, and Ms. Ingram has not filed any briefing. Accordingly, the Court will consider Defendants' motion for summary judgment unopposed.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at her address of record.

SO ORDERED.

Dated: September 11, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge